```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :     07CRIM1212
          - v. -                 :     07 Cr.
                                 :
PIERRE BEAVOGILL,                :
     a/k/a "Hama,"               :
ISMAEL DONZO,                    :
     a/k/a "Malik,"              :
                                 :
               Defendants.       :
                                 :
- - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12 20 2007_

## COUNT ONE

The Grand Jury charges:

1. From in or about September 2007, up to and including on or about December 3, 2007, in the Southern District of New York and elsewhere, PIERRE BEAVOGILL, a/k/a "Hama," and ISMAEL DONZO, a/k/a "Malik," the defendants, together with others known and unknown, unlawfully, wilfully, and knowingly did combine, conspire, confederate, and agree together and with each other to commit offenses against the United States, to wit, to violate Section 514 of Title 18 of the United States Code.

2. It was a part and an object of the conspiracy that PIERRE BEAVOGILL, a/k/a "Hama," and ISMAEL DONZO, a/k/a "Malik," the defendants, together with others known and unknown, unlawfully, willfully and knowingly, and with intent to defraud, would and did pass, utter, present, offer, broker, issue, sell, and did attempt and cause the same, and with like intent did possess, within the United States, false and fictitious

instruments, documents, and other items appearing, representing, purporting, and contriving through scheme and artifice, to be actual securities and other financial instruments issued under the authority of the United States, in violation of Section 514 of Title 18 of the United States Code.

OVERT ACTS

3. In furtherance of the conspiracy, and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York:

a. On or about December 3, 2007, PIERRE BEAVOGILL, a/k/a "Hama," and ISMAEL DONZO, a/k/a "Malik," the defendants, went to a room at a hotel in the vicinity of 33rd Street and 7th Avenue in New York, New York.

b. On or about December 3, 2007, at the hotel room referenced in subparagraph a, BEAVOGILL and DONZO met with an undercover officer with the United States Secret Service ("UC").

      c.  On or about December 3, 2007, at the hotel room referenced in subparagraph a, BEAVOGILL and DONZO negotiated a transaction with the UC involving counterfeit United States currency which they asserted was genuine United States currency.

(Title 18, United States Code, Section 371.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- v. -

**PIERRE BEAVOGILL**, a/k/a "Hama,"
**ISMAEL DONZO**, a/k/a "Malik,"

Defendants.

---

**INDICTMENT**

07 Cr.

(18 U.S.C. § 922(g)(1))

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

---