# JEREMY F. ORDEN
## ATTORNEY - AT - LAW
277 BROADWAY, SUITE 1010
NEW YORK, NY 10007

TEL: (212) 406-4100    FAX: (212) 393-1345

July 13, 2008

Hon. William H. Pauley, III
United States District Court
Southern District of New York
500 Pearl Street
New York, New York   10007

United States v. Ismael Donzo, Docket No.  07-cr-1212 (WHP)

Dear Judge Pauley :

   I write this letter for your consideration when sentencing Mr. Ismael Donzo, in the above-captioned matter, on Wednesday, July 15, 2008.  We feel the your Honor should be aware of the following information, which is not contained in the Presentence Report:

   Mr. Donzo met his co-defendant, Mr. Beavogill, by chance and only several months before his arrest. Their initial contact occurred at an African restaurant in Harlem, where Mr. Donzo had stopped to eat, following his work as a livery cab driver. Upon a second meeting, Mr. Beavogill offered Mr. Donzo a business proposition. He told Mr. Donzo that he could use Mr. Donzo's assistance in acting as a translator in a upcoming business deal.

   During this initial conversation, Mr. Beavogill told Mr. Donzo it would be easy work and he would pay him well. However, Mr. Beavogill did not tell Mr. Donzo any of the details involved in the deal. As time went on, Mr. Beavogill revealed more and more details. By the time Mr. Donzo comprehended the wrongful nature of the deal, he found himself too involved and too tempted to back out.

   Mr. Donzo accepts responsibility for his actions. However, he wants your Honor to know that he has never done anything like this before; that Mr. Beavogill was the person who came to him and got him involved; and that he was not an equal partner in the deal. He is sorry, remorseful and embarrassed by his own conduct.

   For the reasons stated above, in addition to the information contained in the Presentence report, we respectfully request your Honor sentence Mr. Donzo to 3 years of Probation and 6 months Home Confinement, in accordance with the Probation Department's recommendation.

Thank you,

Jeremy F. Orden